IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JARVIS DEMON BOOKER, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-103 |
| SGT. WILLIAMS et al., | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 4.) Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 11th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA